448

Odessa Byrd ANDERSON, Appellant, v. BELL COAL COMPANY, J. Matt Evans, Roscoe Evans, C. B. Stacey, and Frank Durham, Appellees.

No. 9693.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1944.

R. L. Pope, of Knoxville, Tenn., and Walton Perkins, of LaFollette, Tenn., for appellant.

James Sampson, of Harlan, Ky., and Logan Patterson, of Pineville, Ky., for appellees.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record and the briefs of counsel, after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

John J. BATTERMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9609.

Circuit Court of Appeals, Sixth Circuit.

Feb. 25, 1944.

Sydney A. Davies and Davies & Eshner, all of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, C. E. Lowery, A. F. Prescott, and Melva M. Graney, all of Washington, D. C., for respondent.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the record and the briefs and oral arguments of the attorneys for the parties, upon due consideration of which it is manifest that upon the findings of fact and opinion of the Tax Court of the United States its decision is correct; and is, therefore, affirmed.

Chester BOWLES, Acting Administrator, Office of Price Administration, v. Ben F. STAPLETON, as Mayor, et al.

No. 2879.

Circuit Court of Appeals, Tenth Circuit.

March 20, 1944.

Fleming James, Jr., Director, Litigation Division, Office of Price Administration, of Washington, D. C., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellant.

Malcolm Lindsey, City Atty., Frank L. Hays, Asst. City Atty., Kenneth W. Robinson, Paul M. Clark, Schaetzel & Knight, and Ernest B. Fowler, all of Denver, Colo., and Richard Simon, of Englewood, Colo., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal, 53 F.Supp. 336, dismissed pursuant to stipulation.

Louis Walter BRIX, Jr., Appellant, v. UNITED STATES of America.

No. 12638.

Circuit Court of Appeals, Eighth Circuit.

March 6, 1944.

Eugene D. O'Sullivan and John A. McKenzie, both of Omaha, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Emmet L. Murphy, Asst. U. S. Atty., both of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and request of appellant.